No. 04–805. TEXACO INC. *v.* DAGHER ET AL. C. A. 9th Cir. [Certiorari granted, 545 U. S. 1138.] Motions for leave to file briefs as *amici curiae* filed by the following were granted: Chamber of Commerce of the United States of America et al., American Bankers Association et al., Northwest Ohio Physician Specialist

Cooperative, LLC, Parker Hannifin Corporation, Visa U. S. A. Inc. et al., American Petroleum Institute, Washington Legal Foundation, and Verizon Communications Inc.